Case 1:23-cv-00027   Document 10   Filed on 06/08/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
June 08, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LETICIA CORONADO RODRIGUEZ CHAPA, § § § <br> Plaintiff, § § <br> VS. § § <br> WAL-MART STORES TEXAS, LLC, § § § <br> Defendant. § | CIVIL NO. 1:23-CV-00027 |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is Plaintiff's and Defendant's, ("Parties") "Joint Stipulation of Dismissal Pursuant to FRCP 41(a)(1)(A)(ii)" ("Stipulation of Dismissal") (Dkt. No. 9). Accordingly, the Parties' claims are **DISMISSED WITH PREJUDICE**. The Parties will bear their own attorney fees, expenses, and costs of the Court. The District Clerk's Office is **ORDERED** to close this case.

Signed on June 8, 2023.

_____
Rolando Olvera
United States District Judge